FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 1 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. **1:24CR192** |
| AL JEROME WATSON | |

THE GRAND JURY CHARGES THAT:

### Count One

On or about October 18, 2023, in the Northern District of Georgia, the defendant, AL JEROME WATSON, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1).

### Count Two

On or about October 18, 2023, in the Northern District of Georgia, the defendant, AL JEROME WATSON, did knowingly possess a firearm, that is, a .22 caliber Taurus pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Count Three

On or about October 18, 2023, in the Northern District of Georgia, the defendant, AL JEROME WATSON, knowing that he had previously been convicted of an offense punishable by imprisonment for a term exceeding one year, that is, Possession With Intent to Distribute a Controlled Substance, on or about August 9, 2001, in the United States District Court for the Northern District of Georgia, did knowingly possess a firearm, that is, a .22 caliber Taurus pistol, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Prior Conviction Notice

Before the defendant, AL JEROME WATSON, committed the offense charged in Count One of this Indictment, the defendant AL JEROME WATSON, was convicted of Possession with Intent to Distribute a Controlled Substance, a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, AL JEROME WATSON, shall forfeit to the United States of America,

2

pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including, but not limited to, the following:

> MONEY JUDGMENT:   A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of the offenses alleged in Counts Two and Three of this Indictment, the defendant, AL JEROME WATSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, or ammunition involved in or used in the offenses.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendant up to the value of the forfeitable property.

A _____Tru-e_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
   *United States Attorney*

JOHNNY BAER
   *Assistant United States Attorney*
Pennsylvania Bar No. 201632

4